****************************

UNITED STATES OF AMERICA

v.

JOHN HUDDLESTON,
Defendant

****************************

Criminal Action No.
5: 06-CR-96 (NAM)

INDICTMENT

VIO: 18 U.S.C. § 922(g)(1)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 23 2006
AT ___ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about September 29, 2005, in the Northern District of New York, the defendant,

**JOHN HUDDLESTON,**

having been convicted of a crime punishable by a term of imprisonment exceeding one year, that being a conviction in Onondaga County Court for the New York State felony crime of Robbery in the First Degree, knowingly received and possessed a firearm which had been shipped and transported in interstate commerce, to wit: (1) US Revolver Company, Iver Johnson, break top revolver, manufactured in Massachusetts.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Date: March 23, 2006

Foreperson

GLENN T. SUDDABY
United States Attorney

By:

Ransom P. Reynolds
Assistant U.S. Attorney
Bar Roll No. 512035